**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re Iva Bonelli <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br> <u>Plaintiff</u> | NO. 20-14471 ELF |
| vs. | Adv. No.21-00084 ELF |
| Iva Bonelli <br> <u>Defendant</u> | |

<u>**CORPORATE OWNERSHIP STATEMENT**</u>

Please see attached Plaintiff's Corporate Ownership Statement.

           Respectfully submitted,

           <u>/s/Rebecca A. Solarz, Esq.</u>
           Rebecca A. Solarz, Esq.
           *Attorney for Plaintiff*
           KML Law Group, PC
           701 Market Street, Suite 5000
           Philadelphia, PA  19106-1532
           (215) 627-1322

Nationstar Mortgage LLC ("Nationstar") is a Delaware Limited Liability Company.

Nationstar is an indirect, wholly-owned subsidiary of a publicly-traded company, Mr. Cooper Group Inc.  ("Coop"),  a Delaware corporation.

Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("*Sub1*") (99%) and (2) Nationstar Sub2 LLC ("*Sub2*") (1%).  Both Sub1 and Sub2 are Delaware limited liability companies.  Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("*NSM Holdings").* NSM Holdings is a wholly-owned subsidiary of Coop.

Over 10% of the stock of Coop is owned by KKR Wand Investors Corporation, a Delaware corporation.

**KKR Wand address:**

**c/o Kohlberg Kravis Roberts & Co. L.P., 9 West 57th Street, Suite 4200, New York, New York 10019.**