# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Iva Bonelli**<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 20-14471 ELF** |
| **Nationstar Mortgage LLC d/b/a Mr. Cooper**<br>　　　　　　　　　　**Plaintiff**<br>　　vs.<br>**Iva Bonelli**<br>　　　　　　　　　　**Defendant**<br>**Kenneth E. West Esq.**,<br>　　　　　　　　　　**Trustee** | **ADV NO. 21-00084 ELF**<br><br>**Chapter 13** |

## CERTIFICATE OF SERVICE OF
## ALIAS SUMMONS AND COMPLAINT

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 24, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
*Via first class mail*
Iva Bonelli
13 Landmark Drive
Malvern, PA 19355

Attorney for Debtor(s)
*Via ECF notification and first class mail*
Anthony A. Frigo, Esq.
175 Strafford Ave.
Suite One
Wayne, PA 19087

Trustee
*Via ECF notification*
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

U.S. Trustee
*Via ECF notification and first class mail*
United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Dated: November 24, 2021

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　Phone: (215) 825-6327
　　　　　　　　　　　　　　　　　　　　Email: rsolarz@kmllawgroup.com