## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Iva Bonelli <br>                     Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br>                     Plaintiff <br> vs. <br> Iva Bonelli <br>                     Defendant(s) | ADV. NO. 21-00084 ELF <br><br> NO. 20-14471 ELF <br><br> 11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or about November 19, 2021, Plaintiff filed an Adversary Complaint against Debtor/Defendant.

2. On or about December 21, 2021, Debtor/Defendant filed a Motion to Dismiss Adversary Proceeding, specifically as to Count II, Unjust Enrichment, of Plaintiff's Complaint.

3. In resolution of Debtor/Defendant's Motion to Dismiss, the Parties agree to the following:

   a. Count II shall be stricken from Plaintiff's Adversary Complaint.

   b. The remaining Count I and Plaintiff's *ad damnun* clause shall otherwise remain.

   c. Debtor/Defendant shall have thirty (30) days from the date of court approval of this Stipulation to file an Answer to Plaintiff's Adversary Complaint.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 27, 2021            /s/Rebecca A. Solarz, Esq.
                                   Rebecca A. Solarz, Esq.
                                   Attorney for Plaintiff


Date: January 5, 2022              /s/ Anthony A. Frigo
                                   Anthony A. Frigo Esq.
                                   Attorney for Debtor(s)


Approved by the Court this ___ day of _____, 2022. However, the court retains discretion regarding entry of any further order.


_____
Bankruptcy Judge