# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Iva Bonelli<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　Plaintiff<br>vs.<br>Iva Bonelli<br>　　　　　　Defendant(s) | ADV. NO. 21-00084 ELF<br><br>NO. 20-14471 ELF<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On or about November 19, 2021, Plaintiff filed an Adversary Complaint against Debtor/Defendant.

2. On or about December 21, 2021, Debtor/Defendant filed a Motion to Dismiss Adversary Proceeding, specifically as to Count II, Unjust Enrichment, of Plaintiff's Complaint.

3. In resolution of Debtor/Defendant's Motion to Dismiss, the Parties agree to the following:

    a. Count II shall be stricken from Plaintiff's Adversary Complaint.

    b. The remaining Count I and Plaintiff's *ad damnun* clause shall otherwise remain.

    c. Debtor/Defendant shall have thirty (30) days from the date of court approval of this Stipulation to file an Answer to Plaintiff's Adversary Complaint.

4. The parties agree that a facsimile signature shall be considered an original signature.

Date: December 27, 2021        /s/Rebecca A. Solarz, Esq.
                                Rebecca A. Solarz, Esq.
                                Attorney for Plaintiff

Date: January 5, 2022           *(signature)*
                                Anthony A. Frigo Esq.
                                Attorney for Debtor(s)

## O R D E R

APPROVED by the Court this 12th day of January 2022.

*(signature)*

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**