## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: IVA BONELLI | : | Chapter 13 |
| | : | |
| **Debtor** | : | Bky. No. 20-14471 ELF |
| | : | |
| NATIONSTAR MORTGAGE LLC | : | |
| D/B/A MR. COOPER | : | |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | Adv. No. 21-084 |
| IVA BONELLI | : | |
| **Defendant** | : | |

# P R E T R I A L   O R D E R   # 2

**AND NOW**, at the request of the parties, it is hereby **ORDERED** that the Pretrial Order previously entered in this adversary proceeding is **MODIFIED** as provided below:

1. All discovery shall be completed **on or before May 17, 2022**.

2. All expert witnesses shall be identified and a copy of each expert's report shall be provided to every other party, in accordance with Fed. R. Civ. P. 26(a)(2) **on or before May 31, 2022**.

3. All discovery disclosures pursuant to Fed. R. Civ. P. 26(a)(3) shall be served on opposing parties and filed with the bankruptcy court **on or before June 7, 2022**.

4. Any objections to Rule 26(a)(3) disclosures shall be served on opposing counsel and filed with the bankruptcy court **on or before June 14, 2022**.

5. All motions to amend the pleadings, or for summary judgment, shall be filed **on or before** . If such a motion or motions is/are filed, the parties are **not relieved** of their obligation to

comply with the terms of the balance of this Pretrial Order.

6. A Joint Pretrial Statement shall be filed in the form described in L.B.R 7016-1 **on or before June 24, 2022**.

7. A mandatory final pretrial/settlement conference shall be held on **June 29, 2022 at 10 a.m. in Bankruptcy Courtroom No. 1, Robert N.C. Nix Federal Building & Courthouse, 900 Market Street, Second Floor, Philadelphia, Pennsylvania**.

8. In all other respects, the Pretrial Order previously entered in this adversary proceeding shall remain in full force and effect.

**Date:  March 24, 2022**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**