**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Iva Bonelli <br> <u>Debtor(s)</u> <br><br> Nationstar Mortgage LLC d/b/a Mr. Cooper <br> <u>Plaintiff</u> <br> vs. <br><br> Iva Bonelli <br> <u>Defendant(s)</u> | CHAPTER 13 <br><br> ADV. NO. 21-00084 ELF <br><br> CASE NO. 20-14471 ELF |

**ORDER**

AND NOW, this _____ day of _____, 2022, upon consideration of the foregoing Motion to Approve Settlement, it is hereby ORDERED that the Stipulation and Loan Modification is approved by the Court, and it is

FURTHER ORDERED that the Satisfaction of Mortgage recorded on December 14, 2018 at Instrument Number 11643905, be and is hereby STRICKEN *nunc pro tunc* and it is

FURTHER ORDERED that Plaintiff may record a copy of this order in the records of the Recorder of Deeds of Chester County with regards to the Property, 13 Landmark Drive, Malvern, PA 19355, Boro of Malvern, Parcel ID 0202 00810000.

BY THE COURT:

_____
J.