**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Iva Bonelli <br> _Debtor(s)_ | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper <br> _Plaintiff_ <br> vs. | ADV. NO. 21-00084 ELF <br><br> CASE NO. 20-14471 ELF |
| Iva Bonelli <br> _Defendant(s)_ | |

# O R D E R

AND NOW, this **6th day of September 2022**, upon consideration of the foregoing Motion to Approve Settlement, it is hereby **ORDERED** that the Stipulation and Loan Modification is approved by the Court, and it is

FURTHER **ORDERED** that the Satisfaction of Mortgage recorded on December 14, 2018 at Instrument Number 11643905, be and is hereby **STRICKEN** _nunc pro tunc_ and it is

FURTHER **ORDERED** that Plaintiff may record a copy of this order in the records of the Recorder of Deeds of Chester County with regards to the Property, 13 Landmark Drive, Malvern, PA 19355, Boro of Malvern, Parcel ID 0202 00810000.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**