IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

--------------------------------------------------------x
In re                                              :
                                                   :        Chapter 13
    RICHARD BRAUDE                            :
                                                   :        Bankruptcy No. 19-16221 (MDC)
                Debtor.        :
--------------------------------------------------------x

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK OF THE BANKRUPTCY COURT:

     Kindly withdraw the following document filed by the City of Philadelphia:

Objection to the proposed Sixth Amended Plan, filed on December 22, 2021 [Docket No.

150].

                  Respectfully submitted,

                  THE CITY OF PHILADELPHIA

Dated: January 13, 2022     By:   /s/ Pamela Elchert Thurmond
                  PAMELA ELCHERT THURMOND
                  Deputy City Solicitor
                  PA Attorney I.D. 202054
                  City of Philadelphia Law Department
                  Tax & Revenue Unit
                  1401 JFK Blvd., 5th Floor
                  Philadelphia, PA  19102-1595
                  215-686-0508 (phone)
                  215-686-0588 (facsimile)
                  Email: Pamela.Thurmond@phila.gov